IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CR368

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ANAND RANADHAR ) | |
| ) | |

THIS MATTER IS BEFORE THE COURT upon defendant's Waiver of Delays and Request for Immediate Sentencing [doc. 22] filed on December 14, 2005.

IT IS HEREBY ORDERED that sentencing is scheduled for **Thursday, January 12, 2006, at 2:00 pm.**

SO ORDERED.

**Signed: December 20, 2005**

Graham C. Mullen
Chief United States District Judge